Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TYLER TIDWELL, | ) Case No.: 2:19-cv-36-CWD |
| Plaintiff, | ) |
| v. | ) **WITHDRAWAL OF** |
| | ) **MOTION FOR ENTRY** |
| ACTION COLLECTION SERVICE, INC., an Idaho corporation, and SHEARER & BONNEY, P.C., an Idaho professional limited liability company. | ) **OF DEFAULT BY CLERK** |
| Defendants. | ) |

    Plaintiff Tyler Tidwell, by and through his counsel of record, Ryan A. Ballard of Ballard Law, PLLC, and hereby withdraws his motion for entry of default by clerk.

    DATED: February 22, 2019.

                                                                   /s/ Ryan A. Ballard
                                                                   Ryan A. Ballard
                                                                     Ballard Law, PLLC

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 22, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System. No appearance for Defendant Action Collection Service has been made in this matter. The foregoing was delivered through CM/ECF to counsel for Defendant Shearer & Bonney: Keely E. Duke, ked@dukescanlan.com, klb@dukescanlan.com, sls@dukescanlan.com

                   /s/ Ryan A. Ballard
                   Ryan A. Ballard
                   Ballard Law, PLLC